# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NORBERTO MARRERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-1684 |
| | § | |
| SAFETY TRAINING AND RESCUE | § | |
| SERVICES, INC. | § | |
| Defendant. | § | |

## ORDER

In this suit, the plaintiff, Norberto Marrero, sued his former employer, Safety Training and Rescue Services, Inc., under the Fair Labor Standards Act, alleging unpaid overtime and retaliation. On August 11, 2011, this court granted the motion filed by counsel for the defendant to withdraw, ordering the defendant to have new counsel appear because a corporation cannot represent itself. Although new counsel filed a notice of appearance on October 4, 2011, that counsel also sought and obtained leave to withdraw on December 1, 2011. This court again ordered the defendant to have new counsel and set a deadline of January 20, 2012. No new counsel has appeared. The plaintiff moved for entry of default on January 23, 2012. (Docket Entry No. 18). The defendant has filed no response to the motion for entry of default. Entry of default is proper.

No later than April 6, 2012, the plaintiff must submit a motion for judgment by default, certifying the notice to the defendant, with an affidavit setting out the damages he seeks. Those damages, according to the record, are $12,247.99 for unpaid wages and overtime, and an additional equal amount as liquidated damages, and an additional $25,250.50 for the retaliation for complaining about his compensation, as well as reasonable attorneys' fees. The submission must

include any documents that support the damages sought.  A hearing is set for **April 16, 2012, at 12:00 p.m.** in Courtroom 11-B to hear evidence in support of the damages and fees sought.

SIGNED on March 12, 2012, at Houston, Texas.

                              Lee H. Rosenthal
                         United States District Judge